United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Charles Gresham, Jr.
     Debtor

Case No. 18-11676-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Pamela    Page 1 of 2    Date Rcvd: May 11, 2018
                                   Form ID: 152    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
```
db             +Charles Gresham, Jr.,    6423 Saybrook Avenue,    Philadelphia, PA 19142-2320
14072232       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,
                 701 Market Street,    Philadelphia, PA 19106-1538
14072233        Police & Fire Federal Credit Union,    901 Arch Street,    Attn: Bankruptcy Dept.,
                 Philadelphia, PA 19107-2495
14072236       +Shanita M. Price,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320
14072237       +Shanita Price,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320
14072239        US Bank NA Trustee for the PA Housing,    Finance Agency,    211 N. Front Street,
                 P.O. BOX 15057,    Harrisburg, PA 17105-5057
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 02:09:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2018 02:09:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14072229        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2018 02:16:17
                 American InfoSource LP as agent,    for T Mobile/T-Mobile USA,    P.O. BOX 248848,
                 Attn: Bankruptcy Dept.,    Oklahoma City, OK 73124-8848
14072230       +E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:19
                 City of Philadelphia-Law Dept-Tax Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                 Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1617
14072231        E-mail/Text: bankruptcy@consumerportfolio.com May 12 2018 02:09:50
                 Consumer Portfolio Services,    P.O. BOX 57071,    Attn: Bankruptcy Dept.,
                 Irvine, CA 92619-7071
14072234        E-mail/Text: bankruptcy@purchasingpower.com May 12 2018 02:10:23     Purchasing Power, LLC,
                 1349 W. Peachtree St. NW, Suite 1100,    Attn: Bankruptcy Dept.,    Atlanta, GA 30309-2956
14072235       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 12 2018 02:16:23     Regional Acceptance,
                 1200 E. Firetower Road,    Attn: Bankruptcy Dept.,    Greenville, NC 27858-4196
14085658        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 12 2018 02:16:23     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14072994       +E-mail/Text: legal@gosafco.com May 12 2018 02:09:00     Southern Auto Finance Company,
                 6700 N. Andrews Ave., Ste. 500,    Ft. Lauderdale, FL 33309-2199
14072238       +E-mail/Text: legal@gosafco.com May 12 2018 02:09:00     Southern Auto Finance Company, LLC,
                 6700 N. Andrews Ave., Suite 500,    Attn: Bankruptcy Dept.,    Fort Lauderdale, FL 33309-2199
14082313        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2018 02:16:24     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 12
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor  Charles  Gresham, Jr. efiling@mlatzes-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2           User: Pamela              Page 2 of 2              Date Rcvd: May 11, 2018
                               Form ID: 152              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                          TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Charles Gresham, Jr.
    Debtor(s)

Case No: 18−11676−elf
Chapter: 13

_____

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/5/18 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

18
Form 152