# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-11676-ELF

CHARLES  GRESHAM JR

6423 SAYBROOK AVENUE

PHILADELPHIA, PA 19142

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHARLES  GRESHAM JR

    6423 SAYBROOK AVENUE

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

                                                  /S/ William C. Miller

Date: 6/8/2018                                _____

                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee