# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Charles Gresham, Jr. | : |
| | : |
| Debtor(s) | : NO.  18-11676 ELF |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on July 26, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.

| | |
|---|---|
| 7-26-18 | /s/     MICHAEL A. LATZES |
| DATE | MICHAEL A. LATZES, ESQUIRE |
| | Attorney for Debtor |