## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : **CHAPTER 13**

    **Charles Gresham, Jr.**              :

                                  :

        **Debtor(s)**                    : **NO.  18-11676 ELF**


### PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
### WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325 (a)(8) AND (a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1.      The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.      The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C., Section 1308.

3.      If the confirmation hearing is postponed for any reason and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.


DATE: 7-26-18                                     /s/ MICHAEL A. LATZES, ESQUIRE

                                               MICHAEL A. LATZES, ESQUIRE
                                               Attorney for Debtor