IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                               :
                                                     :         In Chapter 13
    CHARLES GRESHAM, JR.,                       :
                                                     :         Bankruptcy No. 18-11676 (ELF)
                   Debtor.                     :
-------------------------------------------------------x

## **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #25 filed by the City of Philadelphia on June 12, 2018.

                                         Respectfully submitted,

                                         THE CITY OF PHILADELPHIA

Dated: July 27, 2018        By:    <u>/s/ Pamela Elchert Thurmond</u>
                                                PAMELA ELCHERT THURMOND
                                                Deputy City Solicitor
                                                PA Attorney I.D. 202054
                                                City of Philadelphia Law Department
                                                1401 JFK Blvd., 5th Floor
                                                Philadelphia, PA  19102-1595
                                                215-686-0508 (phone)
                                                215-686-0588 (facsimile)
                                                Email: Pamela.Thurmond@phila.gov