UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Charles Gresham, Jr. | : |
|         Debtor | : |
| | : NO.  18-11676 ELF |
| U.S. Bank of National Association, | : |
| (Trustee for the Pennsylvania Housing | : |
| Finance Agency) | : |
|         Movant | : |
|          v. | : |
| Charles Gresham, Jr. | : Date: March 19, 2019 |
|         Debtor | : Time: 9:30 a.m. |
| | : Courtroom: 1 |
| William C. Miller, Esquire | : |
|         Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Debtor's Answer to U.S. Bank of National Association's (Trustee for the Pennsylvania Housing Finance Agency) Motion for Relief was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on March 6, 2019, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. BOX 1229
Philadelphia, PA 19105

Kevin G. McDonald, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

Charles Gresham, Jr., Esquire
6423 Saybrook Ave.
Philadelphia, PA 19142

 /s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor