IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Charles Gresham, Jr.** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.   18-11676 ELF** |

### CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the

Notice and Motion to Modify Chapter 13 Plan were served either electronically or first class

mail, postage prepaid, on May 3, 2019 to all parties.

Counsel certifies that there have been no objections or other responsive pleadings filed to

Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court

sign the Order granting Debtor's Motion to Modify Chapter 13 Plan.

| | |
|---|---|
|   5-29-19 | /s/ MICHAEL A. LATZES, ESQUIRE |
| Date | MICHAEL A. LATZES, ESQUIRE |
| | Attorney for Debtor |