United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11676-elf
Charles Gresham, Jr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett           Page 1 of 2              Date Rcvd: Jun 04, 2019
                                Form ID: pdf900           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db          +Charles Gresham, Jr.,    6423 Saybrook Avenue,    Philadelphia, PA 19142-2320
cr           SOUTHERN AUTO FINANCE COMPANY c/o PERITUS PORTFOLI,     P.O. Box 141419,    Irving, TX 75014-1419
14072232    +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,
              701 Market Street,    Philadelphia, PA 19106-1538
14072233     Police & Fire Federal Credit Union,     901 Arch Street,    Attn: Bankruptcy Dept.,
              Philadelphia, PA 19107-2495
14072236    +Shanita M. Price,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320
14072237    +Shanita Price,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320
14108705    +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,     211 North Front Street,
              Harrisburg, PA 17101-1406
14072239     US Bank NA Trustee for the PA Housing,     Finance Agency,    211 N. Front Street,
              P.O. BOX 15057,    Harrisburg, PA 17105-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:41     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:02
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2019 03:03:39     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:41     City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr          +E-mail/Text: blegal@phfa.org Jun 05 2019 03:03:24     Pennsylvania Housing Finance Agency,
              211 North Front Street,    Harrisburg, PA 17101-1406
14072229     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2019 03:18:05
              American InfoSource LP as agent,    for T Mobile/T-Mobile USA,    P.O. BOX 248848,
              Attn: Bankruptcy Dept.,    Oklahoma City, OK 73124-8848
14072230    +E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:41
              City of Philadelphia-Law Dept-Tax Unit,    1401 John F. Kennedy Blvd., 5th Floor,
              Attn: Bankruptcy Dept.,    Philadelphia, PA 19102-1617
14072231     E-mail/Text: bankruptcy@consumerportfolio.com Jun 05 2019 03:03:31
              Consumer Portfolio Services,    P.O. BOX 57071,    Attn: Bankruptcy Dept.,
              Irvine, CA 92619-7071
14106210    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2019 03:18:13     Directv, LLC,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14253319     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 05 2019 03:03:32     JEFFERSON CAPITAL SYSTEMS LLC,
              PO Box 7999,    St Cloud MN 56302
14108847     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:07:36
              LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14072234     E-mail/Text: bankruptcy@purchasingpower.com Jun 05 2019 03:03:51     Purchasing Power, LLC,
              1349 W. Peachtree St. NW, Suite 1100,    Attn: Bankruptcy Dept.,    Atlanta, GA 30309-2956
14072235    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 05 2019 03:07:10     Regional Acceptance,
              1200 E. Firetower Road,    Attn: Bankruptcy Dept.,    Greenville, NC 27858-4196
14085658     E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 05 2019 03:07:10     Regional Acceptance Corporation,
              PO Box 1847,    Wilson, NC 27894-1847
14072994     E-mail/Text: peritus@ebn.phinsolutions.com Jun 05 2019 03:04:00
              Southern Auto Finance Company,    c/o Peritus Portfolio Services II, LLC,    P.O. Box 141419,
              Irving, TX 75014-1419
14072238    +E-mail/Text: legal@gosafco.com Jun 05 2019 03:02:31     Southern Auto Finance Company, LLC,
              6700 N. Andrews Ave., Suite 500,    Attn: Bankruptcy Dept.,    Fort Lauderdale, FL 33309-2199
14082313     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2019 03:18:13     T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Systems LLC,     PO Box 7999,
               St Cloud, MN  56302-9617)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 04, 2019
                              Form ID: pdf900              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL A. LATZES    on behalf of Debtor Charles   Gresham, Jr. efiling@mlatzes-law.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| CHARLES GRESHAM, JR., | : | |
| Debtor | : | Bky. No.  18-11676 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 60) is **APPROVED**.

**Date: June 4, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**