United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles Gresham, Jr.  
    Debtor(s)

Case No. 18-11676-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3  
Date Rcvd: Nov 17, 2020      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Gresham, Jr., 6423 Saybrook Avenue, Philadelphia, PA 19142-2320 |
| cr | | SOUTHERN AUTO FINANCE COMPANY c/o PERITUS PORTFOLI, P.O. Box 141419, Irving, TX 75014-1419 |
| 14072232 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Cen, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14072233 | | Police & Fire Federal Credit Union, 901 Arch Street, Attn: Bankruptcy Dept., Philadelphia, PA 19107-2495 |
| 14072236 | + | Shanita M. Price, 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14072237 | + | Shanita Price, 6423 Saybrook Ave., Philadelphia, PA 19142-2320 |
| 14108705 | + | U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14072239 | | US Bank NA Trustee for the PA Housing, Finance Agency, 211 N. Front Street, P.O. BOX 15057, Harrisburg, PA 17105-5057 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2020 03:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: blegal@phfa.org | Nov 18 2020 03:16:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14072229 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 02:56:13 | American InfoSource LP as agent, for T Mobile/T-Mobile USA, P.O. BOX 248848, Attn: Bankruptcy Dept., Oklahoma City, OK 73124-8848 |
| 14072230 | + | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia-Law Dept-Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Attn: Bankruptcy Dept., Philadelphia, PA 19102-1617 |
| 14072231 | | Email/Text: bankruptcy@consumerportfolio.com | Nov 18 2020 03:17:00 | Consumer Portfolio Services, P.O. BOX 57071, Attn: Bankruptcy Dept., Irvine, CA 92619-7071 |
| 14106210 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 02:56:13 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14253319 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2020 03:17:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14108847 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 02:56:01 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14072234 | | Email/Text: bankruptcy@purchasingpower.com | Nov 18 2020 03:17:00 | Purchasing Power, LLC, 1349 W. Peachtree St. NW, Suite 1100, Attn: Bankruptcy Dept., Atlanta, GA 30309-2956 |
| 14072235 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 18 2020 02:56:01 | Regional Acceptance, 1200 E. Firetower Road, Attn: Bankruptcy Dept., Greenville, NC 27858-4196 |
| 14085658 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 18 2020 02:56:01 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14072994 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 18 2020 03:17:00 | Southern Auto Finance Company, c/o Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14072238 | + | Email/Text: legal@gosafco.com | Nov 18 2020 03:16:00 | Southern Auto Finance Company, LLC, 6700 N. Andrews Ave., Suite 500, Attn: Bankruptcy Dept., Fort Lauderdale, FL 33309-2199 |
| 14082313 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 02:57:57 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | |

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 25 |

|   |   |
|---|---|
|   | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL A. LATZES | on behalf of Debtor Charles Gresham  Jr. efiling@mlatzes-law.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
CHARLES GRESHAM JR

Debtor  Bankruptcy No. 18-11676-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 17, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
CHARLES GRESHAM JR

6423 SAYBROOK AVENUE

PHILADELPHIA, PA 19142